**Cherry REAVES, Plaintiff—Appellant,**

v.

**HOUSING AUTHORITY OF THE CITY OF CHARLOTTE, NC, Defendant—Appellee.**

**No. 11–1246.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Cherry Reaves, Appellant Pro Se. Amy Fitzgerald, Cranfill, Sumner & Hartzog, LLP, Charlotte, North Carolina, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cherry Reaves seeks to appeal the district court's order denying her motion for a hearing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Reaves seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*